MICHAEL C. PHILLIPS, Appellant, v. DOMESTIC SEWING MACHINE CO., INC., and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Petition of GEORGE LEASK, Appellant, v. CALVARY BAPTIST CHURCH, a Religious Corporation of the State of New York, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

INSURANCE COMPANY OF NORTH AMERICA, Appellant, v. DANIEL G. WHITLOCK and Others, Respondents. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Relative to Acquiring Title to Lands, etc., for, etc., Opening, Widening and Extending Elm Street, from City Hall Place Near Chambers Street to Great Jones Street, etc.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS JANNEY, Respondent, v. FRANCES M. JANNEY, Appellant.— Order modified by granting motion for counsel fee in the sum of $250; and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MERCHANTS MUTUAL AUTOMOBILE LIABILITY INSURANCE COMPANY, Appellant, v. AUTOMOBILE INSURANCE GENERAL AGENCY, INC., and Another, Defend-

ants, Impleaded with FRANCIS R. STODDARD, JR., Superintendent of Insurance of the State of New York, as Liquidator of the UNITED STATES MUTUAL AUTOMOBILE FIRE INSURANCE COMPANY and Another, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.